UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HECTOR GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-00114 |
| | § | |
| OMAR SANDOVAL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Hector Garcia and Opt-In Plaintiff Isaias Amaya have filed a Notice of Dismissal. ECF No. 9. In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs' claims against Defendants are hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this 1st day of June, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE